UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOEL LUNA,

                Plaintiff,

-against-

TARGET CORPORATION,

                Defendant.

25-CV-2128 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      By letter dated August 15, 2025, Plaintiff filed a letter motion seeking to join "White Plains, LLC" as a necessary party pursuant to Rule 15 of the Federal Rules of Civil Procedure, and to remand this action to state court. ECF No. 16. Defendant filed an opposition on August 20, 2025. ECF No. 17. Plaintiff shall file any reply (not to exceed three pages, or 1,050 words) on or before **September 9, 2025**.

Dated:   September 2, 2025
           New York, New York

                                      SO ORDERED.

                                      *Jessica Clarke*

                                      JESSICA G. L. CLARKE
                                      United States District Judge