UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NOEL LUNA,<br><br>      Plaintiff,<br><br>  -against-<br><br>TARGET CORPORATION,<br><br>      Defendant. | 25-CV-2128 (JGLC)<br><br>**<u>ORDER OF REMAND</u>** |

JESSICA G. L. CLARKE, United States District Judge:

  On March 14, 2025, Defendant filed a notice of removal of this action from the Supreme Court of New York, Westchester County, asserting removal was proper on the basis of diversity jurisdiction. *See* ECF No. 1. On October 10, 2025, the parties notified the Court that they consent to remanding the action. ECF No. 25.

  In light of the foregoing, it is hereby ORDERED that the case is remanded to the Supreme Court of New York, Westchester County. The Clerk of Court is directed to remand this action and close the case.

  SO ORDERED.

Dated: October 15, 2025
    New York, New York

                   *Jessica Clarke*
                   JESSICA G. L. CLARKE
                   United States District Judge